JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAVEN ANTHONY CERVANTES, | No. SA CV 15-00748-VBF (DFM) |
| Petitioner, | |
| v. | JUDGMENT |
| DIRECTOR OF CORRECTIONS AND REHABILITATION, | |
| Respondent. | |

Pursuant to the contemporaneously issued Order Referring Habeas Petition to the U.S. Court of Appeals Per Ninth Circuit Rule 22-3(a) and Summarily Dismissing Habeas Petition Without Prejudice for Lack of Subject-Matter Jurisdiction,

IT IS ADJUDGED that that the habeas corpus petition is summarily dismissed without prejudice.

Dated: May 21, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
United States District Judge